IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| WALTER & DEANNA MURRAY,            ) | |
| ) | |
| Plaintiffs,           ) | |
| ) | CIVIL ACTION |
| v.                                                           ) | FILE NO. 4:12-cv-00078-WTM-GRS |
| ) | |
| REDLINE RECOVERY SERVICES, LLC   ) | |
| ) | |
| Defendant.           ) | |
| _____   ) | |

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that all claims pending have been resolved to the parties' satisfaction.

Plaintiffs hereby respectfully request that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiffs request the Court to retain jurisdiction over this matter until fully resolved.

Should Plaintiffs not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiffs request the Court dismiss this case with prejudice at that time.

**RESPECTFULLY SUBMITTED** this 14th day of May, 2012.

                                                 s/ Dennis R. Kurz
                                               Dennis R. Kurz
                                               Georgia Bar No. 430489
                                               WEISBERG & MEYERS, LLC
                                               5025 N. Central Ave. #602
                                               Phoenix, AZ 85012
                                               (888) 595-9111 ext. 412
                                               (866) 842-3303 (fax)
                                               dkurz@attorneysforconsumers.com
                                               Attorneys For Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2012, I electronically filed the foregoing Notice of Settlement with the Clerk of District Court, Southern District of Georgia using the CM/ECF system.

        WEISBERG & MEYERS, LLC

        s/ Dennis R. Kurz
        Dennis R. Kurz
        Georgia Bar No. 430489
        WEISBERG & MEYERS, LLC
        dkurz@attorneysforconsumers.com